EDMUND G. BROWN JR.
Attorney General of the State of California
RICHARD T. WALDOW
JENNIFER M. KIM
Supervising Deputy Attorneys General
JESSE A. CARDENAS, State Bar No. 153490
MICHELE L. WONG, State Bar No. 167176
ERIC D. BATES, State Bar No. 170444
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2449
Fax: (213) 897-2805
Email: Michele.Wong@doj.ca.gov

Attorneys for Defendant
David Maxwell-Jolly, Director of Department of Health Care Services of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANAGED PHARMACY CARE, a California corporation; INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., a California corporation; GERALD SHAPIRO, Pharm.D., doing business as Uptown Pharmacy & Gift Shoppe; SHARON STEEN, doing business as Central Pharmacy; and TRAN PHARMACY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MAXWELL-JOLLY, Director of Department of Health Care Services of the State of California,<br><br>Defendant. | CV09-0382-CAS (MANx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND, AND CLARIFY ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: April 6, 2009<br>Time: 10 a.m.<br>Courtroom: 5<br>Judge: The Honorable Christina A. Snyder<br>Trial Date: TBA<br>Action Filed: 1/16/2009 |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 6, 2009 at 10:00 a.m., or as soon

thereafter as the matter may be heard, in the Courtroom of the Honorable Christina A. Snyder, Judge of the United States District Court, Central District, located at the U.S. Courthouse, 312 North Spring Street, Courtroom 5, Los Angeles, California 90012, Defendant David Maxwell-Jolly, Director of the Department of Health Care Services, will, and hereby does, move the Court, pursuant to each of the Federal Rules of Civil Procedure (FRCP) 6, 52(b), 59(e), and 60(b) and Local Rules 7-18, to alter, amend or vacate its February 27, 2009 Order granting Plaintiffs' Motion for Preliminary Injunction.

This motion is made under FRCP 6, 52(b), 59(e), and 60(b) and Local Rules 7-18 on the following grounds, the court committed manifest error of law or fact by:

(1) Finding that the Legislature had the duty to consider "any of the relevant factors" prior to the implementation of the five percent rate reduction in AB 1183, *see* Order, 9:2-3; 10:1-3;12:23-24;

(2) Finding that the Legislature did not consider any of the relevant factors, *see* Order, 10:7-28; 12:14-18; and

(3) Improperly analyzing the evidence regarding the aggregate amount of reimbursement for all drugs, including multi-source drugs.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 6, 2009. (See Declaration of Michele L. Wong in Support of Defendant's Motion to Alter or Amend, and Clarify, the Order Granting Plaintiffs' Motion for Preliminary Injunction, (Wong Decl.), ¶7-9.)

///

///

///

///

///

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the accompanying Declaration(s) and attached exhibits in support of this motion, the Order, the pleadings and papers filed and lodged in this action, and such other evidence and argument as may be presented at the hearing on this motion.

Dated: March 13, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
RICHARD T. WALDOW
JENNIFER M. KIM
Supervising Deputy Attorneys General
JESSE A. CARDENAS
MICHELE L. WONG
ERIC D. BATES
Deputy Attorneys General

JESSE A. CARDENAS
Deputy Attorney General

Attorneys for Defendant

LA2009505096
60387613.wpd

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name: **Managed Pharmacy Care, et al. v. Maxwell-Jolly, D., et al.**

No.: **2:09-cv-00382-CAS-MAN**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On March 13, 2009, I served the attached **DEFENDANT'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND, AND CLARIFY ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THREOF** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, for overnight delivery, addressed as follows:

Lynn S. Carman
Medicaid Defense Fund
28 Newport Landing Dr.
Novato, Ca 94949-8214
E-mail: lynnscarman@hotmail.com

Stanley L. Friedman
445 S. Figueroa St. 27th Floor
Los Angeles, Ca 90071-1631

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 13, 2009, at Los Angeles, California.

| Norma L. Herrera-Orr | Norma L. Herrera-Orr (signature) |
| --- | --- |
| Declarant | Signature |

LA2009505096
60390472.doc