UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | CV09-382-CAS(MANx) | Date | September 22, 2014 |
|---|---|---|---|
| Title | *MANAGED PHARMACY CARE ET AL V. DAVID MAXWELL-JOLLY* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lynn Carman | Susan Carson |
| Stanley Friedman | |

Attorneys Present for Intervenors:
Lloyd Bookman

**Proceedings:**   MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT (Filed August 19, 2014)[93]

Hearing held and counsel are present.  The Court confers with counsel.  The Court grants the above-referenced motion.  The Court will issue the Proposed Order Granting Joint Motion for Approval of Settlement Agreement forthwith.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |